**UNITED STATES DISTRICT COURT**                                    **JS-6**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 19-338-JFW(JEMx)**                          Date:  June 14, 2019

Title:       Roy Yiun -*v*- Gold 1 Hour Photo, Inc., et al.

---

**PRESENT:**

     **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

     **Shannon Reilly**                                     **None Present**
     **Courtroom Deputy**                                 **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
     None                                                      None

**PROCEEDINGS (IN CHAMBERS):**      **DISMISSAL OF ACTION FOR LACK OF**
                                                         **PROSECUTION**

     As a result of Plaintiff's failure to serve the Summons and Complaint within 120 days after the Complaint was filed, the Court hereby dismisses this action without prejudice.  *See* Fed. R. Civ. P. 4(m).

     IT IS SO ORDERED.